# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139831

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                SC: 139831
                                COA: 280599
                                Washtenaw CC: 06-001948-FC

MARCUS MOORE,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 27, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

s0222